IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 8:06CR49 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **SCHEDULING ORDER** |
| MIGUEL SAUSTIGUE-MORENO, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED** that the following is set for hearing on **Wednesday, April 12, 2006 at 1:30 p.m.**  before Magistrate Judge F. A. Gossett,  Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza,  Omaha, Nebraska:

- Motion for Substitute Counsel [#14] filed by counsel for the defendant

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 6th day of April 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge